**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Jackson,<br>　　　　Plaintiff,<br>　v.<br>Charles Ryan, *et al.*,<br>　　　　Defendants. | No. CV12-1869-PHX-RCB (LOA)<br><br>**O R D E R** |

The parties have filed a Stipulation to Dismiss with prejudice (Doc. 17). The action was settled in the Court's Prisoner Early Mediation Pilot Program. Accordingly,

**IT IS ORDERED vacating** the stay (Doc. 13) entered on January 4, 2013.

**IT IS FURTHER ORDERED dismissing** this action with prejudice, each side to bear its own costs and fees. The Clerk must enter judgment accordingly.

**IT IS FURTHER ORDERED denying** Plaintiff's Application to Proceed In Forma Pauperis (Doc. 11) as moot.

DATED this 31st day of January, 2013.

_____
Robert C. Broomfield
Senior United States District Judge