**WO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Jackson,<br><br>       Plaintiff,<br><br>  v.<br><br>Charles Ryan, *et al.*,<br><br>       Defendants. | No. CV12-1869-PHX-RCB (LOA)<br><br>**O R D E R** |

    The parties have filed a Stipulation to Dismiss with prejudice (Doc. 17).  The action was settled in the Court's Prisoner Early Mediation Pilot Program.  Accordingly,

    **IT IS ORDERED vacating** the stay (Doc. 13) entered on January 4, 2013.

    **IT IS FURTHER ORDERED dismissing** this action with prejudice, each side to bear its own costs and fees.  The Clerk must enter judgment accordingly.

    **IT IS FURTHER ORDERED denying** Plaintiff's Application to Proceed In Forma Pauperis (Doc. 11) as moot.

    DATED this 31st day of January, 2013.

                                                       */s/ John C. Broomfield*<br>
                                                       Robert C. Broomfield<br>
                                                       Senior United States District Judge