WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Jackson,<br><br>  Plaintiff,<br><br>  v.<br><br>Charles L Ryan, et al.,<br><br>  Defendants. | No. CV-12-01869-PHX-RCB<br><br>**O R D E R** |

After the settlement of this action through the "Prisoner Early Mediation Pilot Program," the parties filed a stipulation to dismiss with prejudice. See Stip. (Doc. 17). Accordingly, on January 31, 2013, among other things, this court "**dismiss[ed]** this case with prejudice, each side to bear its own costs and fees." Ord. (Doc. 18) at 1:17-18 (emphasis in original). As this court further ordered, on that same date, the Clerk of the Court entered judgment accordingly. See Doc. 19. Almost six months later, on June 21, 2013, plaintiff *pro se* Anthony Jackson submitted a letter request to the court, which the court has deemed to be a motion. See Mot. (Doc. 20). The plaintiff is requesting this court to order the Arizona Department of Corrections ("ADOC") "to implement the Halal diet" which was supposedly the subject of the parties "'Settlement Agreement.'" Id. at 1. The defendants, understandably, did not file a response to this request.

"It is axiomatic that a final order of dismissal with prejudice divests the district court of jurisdiction to re-open a matter absent very limited circumstances." Kramer v. New Orleans Saints, 2004 WL 288779, at *1 (E.D.La. Feb. 12, 2004); see also Fail-Safe,

1  LLC v. A.O. Smith Corp., 2011 WL 1002838, at *1 n. 1 (E.D.Wis. March 18, 2011)
2  ("[A] dismissal with prejudice may be a final and appealable judgment that divests the
3  district court of jurisdiction over the merits of a dispute[.]")   In part because plaintiff
4  Jackson has not shown that this court retained continuing jurisdiction over this action,
5  which all parties agreed to settle and to dismiss with prejudice, the court hereby **DENIES**
6  his letter-motion requesting that it order ADOC to implement a Halal diet.

DATED this 2nd day of February, 2014.

                              _____
                              Robert C. Broomfield
                              Senior United States District Judge